UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KYMBERLEE D. ARNOLD,                    )        CASE NO. ED CV 12-01938 DSF (RZ)
                                        )
                    Plaintiff,          )
                                        )        ORDER TO SHOW CAUSE RE
        vs.                             )        DISMISSAL FOR FAILURE TO
                                        )        PROSECUTE
CAROLYN W. COLVIN, Acting               )
Commissioner of the Social Security,    )
                                        )
                    Defendant.          )
                                        )

        By Order Regarding Further Proceedings filed on November 19, 2013,
Plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint within
thirty (30) days after service of Defendant's responsive pleading and a copy of the
administrative record.  (Order, ¶ 5.)  Defendant filed and served her Answer and the
administrative record on March 26, 2014.  Plaintiff has requested and received two
previous extensions of time in excess of 120 days to file the Plaintiff's Memorandum.  The
docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a
Memorandum in Support of Plaintiff's Complaint.  Plaintiff has failed to comply with the
Court's order.

        Accordingly, IT IS ORDERED that within 20 days of the filing date of this
Order, Plaintiff shall show cause in writing why this action should not be dismissed.  If
Plaintiff fails to file a written objection to dismissal of this action within the time specified,

1  it will be deemed to be consent to a dismissal as against Defendant.  The filing of a

2  Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order

3  to show cause.

4       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

5  this Order on the parties appearing in this action.

6

7       DATED:  September 16, 2014

8

9       _____

10      RALPH ZAREFSKY
         UNITED STATES MAGISTRATE  JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28