**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLEE D. ARNOLD,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security,<br><br>        Defendant. | CASE NO. ED CV 12-01938 DSF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 1/20/15

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE