O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KYMBERLEE D. ARNOLD, | ) | CASE NO. ED CV 12-01938 DSF (RZ) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security, | ) | |
| Defendant. | ) | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: 1/20/15

_Dale S. Fischer_

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE